UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CHARLES MAXWELL,

                                       Plaintiff,        **NOTICE OF APPEARANCE**

      -against-

                                                                 25 Civ. 4016 (RA)

CITY OF NEW YORK, et al.,

                                       Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that John McLaughlin, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for defendant the City of New York. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:        New York, New York
                July 21, 2025

                                                              MURIEL GOODE-TRUFANT
                                                              Corporation Counsel of the City of
                                                                 New York
                                                              *Attorney for Defendant City*
                                                              100 Church Street
                                                              New York, NY 10007
                                                              P: (212) 356-2670

                                                             By:   *John McLaughlin* /s/
                                                                         John McLaughlin, Esq.
                                                                         *Assistant Corporation Counsel*

- 2 -

Cc: **<u>VIA FIRST CLASS MAIL</u>**
Charles Maxwell
4412400965
Robert N. Davoren Center
11-11 Hazen St.
East Elmhurst, NY 11370
*Plaintiff Pro Se*