25CV4016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES MAXWELL
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

City of New York
Keown King (Shield No. 5101)
David Carr (Shield No. 3250)
Terrance Bristow (Shield No. 5505)
Tarik Hawkins (Shield No. 7079)
Taina Hernandez (Shield No. 18593)
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED AUG 01 2025 PRO SE OFFICE

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☐ Yes   ☐ No
(check one)

___ Civ. _____ ( )

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name CHARLES MAXWELL
ID# 4412400965
Current Institution RNDC (Robert N. Davoren Center)
Address 11-11 Hazen Street, East Elmhurst, N.Y. 11370

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name Keown King   Shield # 5101
Where Currently Employed O.B.C.C. (Otis B. Bantum Center)
Address 1600 Hazen Street, East Elmhurst, N.Y. 11370

Rev. 01/2010                                1

Defendant No. 2   Name David Carr   Shield # 3250
Where Currently Employed OBCC (OTIS B. Bantum center)
Address 1600 Hazen Street, East Elmhurst, N.Y. 11370

Defendant No. 3   Name Terrance Bristow   Shield # 5505
Where Currently Employed O.B.C.C. (OTIS B. Bantum center)
Address 1600 Hazen Street, East Elmhurst, N.Y. 11370

**Who did what?**

Defendant No. 4   Name Tarik Hawkins   Shield # 7079
Where Currently Employed O.B.C.C. (OTIS B. Bantum center)
Address 1600 Hazen Street, East Elmhurst, N.Y. 11370

Defendant No. 5   Name Taina Hernandez   Shield # 18593
Where Currently Employed O.B.C.C. (OTIS B. Bantum center)
Address 1600 Hazen Street, East Elmhurst, N.Y. 11370

## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
OTIS B. Bantum center (O.B.C.C.)

B. Where in the institution did the events giving rise to your claim(s) occur?
In Facility Hallway Area.

C. What date and approximate time did the events giving rise to your claim(s) occur?
April 4th 2025 Between 11am - 12pm

**What happened to you?**

D. Facts: On 4/4/25 Between 11am - 12pm At Rikers Island In Facility OTIS B. Bantum center (O.B.C.C.) Hallway I was being escorted back to my housing unit by a Correctional (Female) officer (C.O) After

*Rev. 01/2010*                        2

> Was anyone else involved?

getting medical assistance at the clinic in response to an emergency medical called that was made due to medical issues I was having by passing two (C.O.) correctional officers (Jane Doe & John Doe) while walking out the clinic door (Jane Doe) C.O. made a negative comment to me, which made me respond by saying "For what reason did you had to say that to me." Than the other correctional officer (C.O.) John Doe responded in a verbal threating matter. (All capture on camera silluances) while walking towards me in a body guesture "As if he's approaching me to fight me. While being confronted by another correctional officer (C.O.) Next thing I know I was being surrounded by (C.O.s) Correctional officers, staffs, while the first (C.O.) That was walking aggressively towards me now being more loud and excited trying to fight with me.

> Who else saw what happened?

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Swollken on the right side of my face, noise Ear, Neck, creck and loose tooth on upper right side. That fell out. Marks and bruises on right side from upper right side head to Neck, ongoing burn sensation and blurry vision of eyes. headachy pain to head. Marks and cuts on left and right wrist.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓  No ___

from my side view visual started to spray and continue to over spray me with OC chemicals while two other officers (correctional officers) C.O. came from behind and swept me off my feet each one grab one of my legs, had in the air, with the attempt for me to fall face first to the floor. being made not being able to see or support hitting the floor. Also being elbow in face and back of the head. After the incident I was escorted to Intake Strip Search area. After being Strip search I was escorted into a small shower area for about an hour or so. (not aware of the time), a captain (John Doe) later came and only took photo's of my back. Avoid to take pics of my face with an attempt to avoid and Ignored my Injury reports. sometime after being able to get dress and being escorted to an open cell Area at Intake. sometime after I was escorted to the clinic area for medically Assistance. Where medical staff tryna convince me to refuse medical Injury in favor of Correction staff members. I Refuse denial and request to continue to be seen by medical staff. later on that same day I was transfer to another Facility.

Continue psc#2

which were G.R.V.C. I requested medical Assistance. After my Thrid night at G.R.V.C. facility I was Tranfer to facility R.N.D.C, where I also requested Medical assistance. And continue to for other medical reason's. R.N.D.C. Facility is where I'm now being house at.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

OTIS B. Bantum Center (O.B.C.C.)

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

Yes ✓   No ____   Do Not Know ✓

If YES, which claim(s)? I have spoken to Investigators and anothe claim documents

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ✓   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? G.R.V.C., RNDC

1. Which claim(s) in this complaint did you grieve? The Incident That Took place At facility OBCC and being tranfer to two other Facility.

2. What was the result, if any? Unkown, Still coiting A response.

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I Made #311 calls, call and lett mulitply messages to Board of cocorrection And other Rikers Island Department Of Coorections Investigation, Inmate complaint Numbers.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: I did not continue writing muliply grievance's After a perio of no response but continue to speak to muliply complaint and Depty about my complaints.

*Rev. 01/2010*

4

continue to bring my Issues to many (DOC) Department of Correction Staff,

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

I was Interview by two Investigators in response's to my # 311 complaint/grievance. They also took down my complaint and stated That it would be rewritten on a different form or Document. I also notify board of corrections, Inmate's Complaints and Investigation, All complaints number avilible Campton, Deputy, NO response.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Spoken to Captains, Deputys, All possible numbers avilible to Inmate's Complaints & have called Nemerous times and left Messages. NO response, And sent letters out.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Close Investigation on Rikers Islands Withim These's facility were Correctional Officers (C.O) continue to Vebally and physically Abuse Authony Assulting prisoners Daily, Ongoing Issues being Ignore Ower sprays Inmates with O.C Chimicals, Medical staff in These facility fabricates Injury report in favor of correction Staff members, I would like to be compensated for my pysical and Mental and emotionally pain and Suffering $150,000.+ ect, Aswell as any reasonable

*Rev. 01/2010*                                   5

*Agreement amount. settle with court.*

### VI. Previous lawsuits:

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓  No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff *CHARLES MAXWELL # 4412400965*
Defendants *City of New York, Department of Corrections.*

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number *4/*
4. Name of Judge assigned to your case *Judge Laura Taylor Swain*
5. Approximate date of filing lawsuit *5/25/2025*

6. Is the case still pending? Yes ✓ No ____
   If NO, give the approximate date of disposition_____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __Still ongoing.__

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of July, 2025.

Signature of Plaintiff _Charls Maxwell_
Inmate Number _4412400965_
Institution Address _RNDC 11-11 Hazen Street, East Elmhurst N.Y., 11370_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 28 day of July, 2025, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Charls Maxwell_

Charles Maxwell # 9412900965 - 4MUN
R.N.D.C.
11-11 Hazen Street,
East Elmhurst, N.Y. 11370

Pro se office

United states Dist

The Southern Distric

500 PEA

New York

RECEIVED
AUG 01 2
PRO SE OFFICE

