UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES MAXWELL,

                Plaintiff,

      v.

CITY OF NEW YORK; KEOWN KING, SHIELD NO. 5101; DAVID CARR, SHIELD NO. 3250; TERRANCE BRISTOW, SHIELD NO. 5505; TARIK HAWKINS, SHIELD NO. 7079; TAINA HERNANDEZ. SHIELD NO. 18593,

                Defendants.

25-CV-4016 (RA)

ORDER OF SERVICE

---

RONNIE ABRAMS, United States District Judge:

      Plaintiff, who is proceeding *pro se* and *in forma pauperis*, is detained on Rikers Island. He filed a complaint under 42 U.S.C. § 1983, alleging that Defendants subjected him to excessive force during his detention in the Otis B. Bantum Center on Rikers Island on April 4, 2025, between 11:00 a.m. and 12:00 p.m. By order dated May 21, 2025, the Court directed the New York City Law Department (the "Law Department") and the New York City Department of Correction ("DOC") to identify, under *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997), the DOC officers who were allegedly involved in that incident. ECF No. 7. By letter dated July 28, 2025, the Law Department identified them as follows: (1) Keown King (Shield No. 5101), (2) David Carr (Shield No. 3250), (3) Terrance Bristow (Shield No. 5505), (4) Tarik Hawkins (Shield No. 7079), and (5) Taina Hernandez (Shield No. 18593). ECF No. 12. Plaintiff has filed an amended complaint naming those individuals. ECF No. 13.

The Clerk of Court is respectfully directed to electronically notify DOC and the Law Department of this order. The Court requests that Defendants King, Carr, Bristow, Hawkins, and Hernandez waive service of summons. The Clerk of Court is further directed to mail Plaintiff a copy of this order.

SO ORDERED.

Dated:   August 11, 2025
        New York, New York

                                                Ronnie Abrams
                                                United States District Judge