UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CHARLES MAXWELL,

                                                      Plaintiff,        **NOTICE OF MOTION**

          -against-

                                                  25 Civ. 4016 (RA)

CITY OF NEW YORK; KEOWN KING, SHIELD NO. 5101; DAVID CARR, SHIELD NO. 3250; TERRANCE BRISTOW, SHIELD NO. 5505; TARIK HAWKINS, SHIELD NO. 7079; TAINA HERNANDEZ, SHIELD NO. 18593,

                                                 Defendants.
-------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated August 21, 2025, defendant City of New York will move before the Honorable Ronnie Abrams, United States District Judge, at the United States Courthouse, 40 Foley Square, New York, New York, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing plaintiff's Amended Complaint against the City of New York for failure to state a claim upon which relief can be granted, together with such other and further relief as this Court deems just and proper.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be served in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated:    New York, New York
             August 21, 2025

                              MURIEL GOODE-TRUFANT
                              Corporation Counsel of the
                                City of New York
                              *Attorney for Defendant City of New York*
                              100 Church Street,
                              New York, New York 10007
                              (212) 356-2670

                        By:    /s/ *John McLaughlin*
                                John McLaughlin
                                *Assistant Corporation Counsel*
                                Special Federal Litigation

Cc:    **VIA FIRST-CLASS MAIL**
       Charles Maxwell
       4412400965
       Robert N. Davoren Center
       11-11 Hazen St.
       East Elmhurst, NY 11370
       *Plaintiff Pro Se*