## DECLARATION OF SERVICE BY MAIL

I, John McLaughlin, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on August 21, 2025, I served a copy of the annexed:

- NOTICE OF DEFENDANT CITY OF NEW YORK'S MOTION TO DISMISS;
- MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS;
- ALL UNPUBLISHED AUTHORITIES AS REQUIRED BY LOCAL RULE 7.2

upon Charles Maxwell, the plaintiff in the matter, <u>Maxwell v. City of New York, et al.</u>, 25 Civ. 4016 (RA) and by depositing a copy of same, enclosed in a certified mail, postpaid, properly addressed envelope in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to the defendant at the address listed below, that being the address designated by defendant for that purpose:

> Charles Maxwell
> 4412400965
> Robert N. Davoren Center
> 11-11 Hazen St.
> East Elmhurst, NY 11370
> *Plaintiff Pro Se*

Dated:  New York, NY
        August 21, 2025

Respectfully submitted,

\_\_*John McLaughlin* /s/
John McLaughlin
*Assistant Corporation Counsel*
Special Federal Litigation Division