UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charles Maxwell<br><br>                    Plaintiff,<br><br>     -against-<br><br>The City of New York et al<br><br>                    Defendant(s). | 25-CV-04016<br>WAIVER OF SERVICE OF<br>SUMMONS UNEXECUTED |

The New York City Department of Correction declines on behalf of the defendants listed below to waive service of the summons and complaint in this case and for each defendant provides a brief explanation as to why service is not being waived.

| **Defendant's name** | **Reason service not waived** |
|---|---|
| **CO David Carr** | **Military Leave/No return date available** |
| | |
| | |
| | |
| | |
| | |

Dated:    September 10, 2025
          New York, New York

S/
Howard Sterinbach
Assistant General Counsel
New York City Department of Correction
**718-546-0816**