UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES MAXWELL,<br><br>                        Plaintiff,<br><br>      -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                       Defendants. | 25-CV-4016 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge**:

This action is scheduled for a telephonic status conference on **September 25, 2025 at 10:30 AM**. Pro se Plaintiff and counsel for Defendants should be prepared to discuss the status of this action.

It is hereby **ORDERED** that the Warden or other official in charge of the Robert N. Davoren Center at Rikers Island produce Plaintiff **Charles Maxwell, Case No. 4412400965, NYSID 07763533P, on September 25, 2025, no later than 10:30 AM**, to a suitable location within the Center that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-3840.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Robert N. Davoren Center to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) dial into the teleconference line at (646) 453-4442, Access Code: 142 832 197 #.

Dated: September 18, 2025
New York, NY

SO ORDERED.

*signature*

ROBYN F. TARNOFSKY
United States Magistrate Judge