

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 Church Street
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**JOHN MCLAUGHLIN**
Phone: (212) 356-2670
Fax: (212) 356-3509
jmclaugh@law.nyc.gov
*Assistant Corporation Counsel*

December 22, 2025

**BY ECF**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Charles Maxwell v. Rikers Island, et al.</u>,
              25 Civ. 4016 (RA)(RFT)

Your Honor:

        I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing the City of New York in the above referenced matter.

        Pursuant to the Court's September 25, 2025 Order (ECF No. 27), the City respectfully submits this status update regarding Correction Officer Carr's military leave. As of December 17, 2025, the New York City Department of Correction has informed undersigned counsel that C.O. Carr is on military orders through July 11, 2026.

       Defendant City will provide an additional update within fourteen (14) days of learning that C.O. Carr has returned from military service, consistent with the Court's Order, or at such other time as the Court may direct.

       Respectfully Submitted,

*/s/ John McLaughlin*

John McLaughlin
Attorney for Defendant City
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2670
jmclaugh@law.nyc.gov

Cc: **VIA FIRST CLASS MAIL**
Charles Maxwell
B&C: 4412400965
Robert N. Davoren Center
11-11 Hazen Street
East Elmhurst, NY 11370
*Plaintiff Pro Se*