12/22/25

Dear, Judge / Assign on the case
CASE NO. 1:25-CV-4016

My name is Charles Maxwell # 4412400965 As Pro Se on Case No. 25-CV-4016 I'm Requesting a address change Temporary from Rikers Island, 11-11 Hazen street East Elmhurst, New York 11370 to The Current address I'm at. CHARLES MAXWELL C-186257 - P.O. BOX 300 MARCY, New York 13403-0300

( Current Change of Address )

CHARLES MAXWELL - C-186257
P.O. Box 300
MARCY, New York,
13403-0300

Thank you

CASE NO:
1:25-CV-4016

RECEIVED
SDNY PRO SE OFFICE
2025 DEC 30 PM 4:33

CHARLES MAHNKEN C-186257
P.O. BOX 300
MARCY, NEW YORK 13403-0300

Legal Mail

US POSTAGE
FIRST-CLASS MAIL
quadient
$000.74
2025 DEC 30 PM 4:23

RECEIVED
SDNY PRO SE OFFICE
2025 DEC 30 PM 4:23

United States District Court
Pro Se Intake unit
500 Pearl Street
New York, N.Y. 1000 7

USDC SDNY