UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES MAXWELL,

               Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

               Defendants.

25-CV-4016 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a status conference on **July 10, 2026 at 2:30 PM**. The parties should be prepared to discuss the status of the case. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 444 140 70#.**

DATED:  July 2, 2026
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**