UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------x

CHARLES MAXWELL,

                                    Plaintiff,        **NOTICE OF APPEARANCE**

            -against-

                                                    25 Civ. 04016 (RA) (RFT)

RIKERS ISLAND, et al.,

                                  Defendants.

--------------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that **INNA SHAPOVALOVA**, Senior Counsel, hereby

appears as counsel of record on behalf of Steven Banks, Corporation Counsel of the City of New

York, attorney for defendant the City of New York.[1]

Dated: July 9, 2026
      New York, New York

                              STEVEN BANKS
                              Corporation Counsel of the City of New York
                              *Attorney for Defendant City of New York*
                              100 Church Street, Rm. 3-180
                              New York, New York 10007
                              Tel: (212) 356-2656
                              inshapov@law.nyc.gov

                              Respectfully submitted,

                 By:  /s/*Inna Shapovalova*
                              INNA SHAPOVALOVA
                              *Senior Counsel*
                              Special Federal Litigation Division

---

[1] This case has been assigned to Assistant Corporation Counsel Joseph Capio, who is awaiting admission to the New York State Bar. Mr. Capio is handling this matter under my supervision and may be reached at (212) 356-2318 or jcapio@law.nyc.gov.

CC:    **VIA FIRST CLASS MAIL**[2]
       Charles Maxwell
       *Plaintiff pro se*
       B&C No.: 9902600202
       George R. Vierno Center
       09-09 Hazen Street
       East Elmhurst, NY 11370

---

[2] Although the Court's docket lists Plaintiff's service address as P.O. Box 300, Marcy, NY 13403-0300, the online inmate directory maintained by the New York City Department of Correction indicates that Plaintiff is currently housed at the George R. Vierno Center facility.