UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CHARLES MAXWELL,<br><br>                       Plaintiff,<br><br>      -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                  Defendants. | 25-CV-4016 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge**:

As discussed at the conference on July 10, 2027, the stay in this case is extended until

**August 17, 2026**, to accommodate Defendant Carr's military service, and counsel for the City

shall file a letter on the docket updating the Court on Defendant Carr's status by **August 3, 2026**.

Dated: July 10, 2026
     New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge