

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**INNA SHAPOVALOVA**
*Senior Counsel*
Tel.: (212) 356-2656
Fax: (212) 356-3509
inshapov@law.nyc.gov

August 3, 2026

**BY ECF**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

   Re: Charles Maxwell v. Rikers Island, et al.,
      25 Civ. 04016 (RA) (RFT)

Your Honor:

   I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and attorney representing Defendant City of New York ("City") in the above-referenced matter.[1] Defendant City respectfully writes in accordance with the Court's July 10, 2026 Order to provide an update regarding Defendant David Carr's military service.

   As the Court is aware, during the status conference held before Your Honor on July 10, 2026, the Court extended the stay in this matter until August 17, 2026, and directed Defendant City to file a letter updating the Court regarding Defendant Carr's military service by August 3, 2026. See ECF No. 32. Pursuant to the Court's July 10, 2026 Order, on July 30, 2026, Mr. Capio was informed by the New York City Department of Correction ("DOC") that Defendant Carr's military orders have been extended through August 31, 2026.

---

[1] This case has been assigned to Assistant Corporation Counsel Joseph Capio, who is awaiting admission to the New York State Bar. Mr. Capio is handling this matter under my supervision and may be reached at (212) 356-2318 or jcapio@law.nyc.gov.

Accordingly, the undersigned respectfully requests that the Court extend the stay an additional thirty (30) days, until September 16, 2026, at which point Defendant City can provide an update regarding Defendant David Carr's military service.

Thank you for your time and attention to this matter.

Respectfully submitted,

*/s/ Inna Shapovalova*

Inna Shapovalova
*Senior Counsel*
Special Federal Litigation Division

CC:    **VIA FIRST-CLASS MAIL**
Charles Maxwell
*Plaintiff pro se*
NYSID: 07763533P
B&C No.: 4412400965
P.O. Box 300
Marcy, NY 13403-0300

2