**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**RACHEL SELIGMAN WEISS**
Tel.: (212) 356-2422
Fax: (212) 356-3509
rseligma@law.nyc.gov

September 16, 2026

**BY ECF**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

Re: Charles Maxwell v. Rikers Island, et al.,
25 Civ. 04016 (RA) (RFT)

Your Honor:

I am an attorney in the Office of Steven Banks, Corporation Counsel of the City of New York, representing Defendant City of New York ("Defendant") in the above-referenced matter.[1] Defendant City respectfully writes in accordance with the Court's August 3, 2026 Order to provide an update regarding Defendant David Carr's military service.

As the Court is aware, on August 3, 2026, the Court extended the stay in this matter until October 1, 2026, and directed Defendant to file a letter updating the Court regarding Defendant Carr's military service by September 16, 2026. See ECF No. 34. Pursuant to the Court's August 3, 2026 Order, on September 14, 2026, Mr. Capio was informed by the New York City Department of Correction ("DOC") that Defendant Carr's military orders were extended on September 5, 2026 to an indefinite date.

---

[1] This case has been assigned to Assistant Corporation Counsel Joseph Capio, who is awaiting admission to the New York State Bar. Mr. Capio is handling this matter under my supervision and may be reached at (212) 356-2318 or jcapio@law.nyc.gov.

Accordingly, Defendant respectfully requests that the Court extend the stay an additional sixty (60) days, until November 30, 2026, at which point Defendant will provide an update regarding Defendant David Carr's military service.

Thank you for your consideration herein.

Respectfully submitted,

Rachel Seligman Weiss /s
Rachel Seligman Weiss

cc: **VIA FIRST-CLASS MAIL**
Charles Maxwell
*Plaintiff pro se*
NYSID: 07763533P
B&C No.: 4412400965
P.O. Box 300
Marcy, NY 13403-0300