10/21/2026

Dear Judge / Assign on The case
case NO. 1:25-CV-4016
& / case NO. 1:25-CV-4372 - on both cases

My name is Charles Maxwell - NYSID: 07763533P
B&C 4412400965 on Files.

I'm Requesting a Change of Address and Updated Information. / The old information was Charles maxwell - B&C 4412400965, P.O. Box 300 Marcy, N.Y. 13403-0300
My update Information is.
CHARLES MAXWELL NYSID: 07763533P -
B&C 9902600202 (OBCC) 1600 Hazen street
East Elmhurst, New york 11370

I return back to Rikers Island since June of 2026. Sent a letter to The courts in July requesting a Change of Address. but didn't relized until I called The Pro se office on update's That I haven't provided The Case number / docket number with The request. Again it's Case NO. 1:25-CV-4016 &
Case NO. 1:25-CV-4372

RECEIVED SDNY PRO SE OFFICE 2026 NOV -2 AM 10: 41

Please send me any update's on These case's.

Thank you!

CHARLES MAXWELL - 9902600202 4 South
OBCC
1600 Hazen Street
East Elmhurst, New York 11370

MID-ISLAND NY 117
28 OCT 2026 PM 6 L

RECEIVED
SDNY PRO SE OFFICE
2026 NOV -2 AM 10:41

Pro Se

RECEIVED
OCT 30 2026
CLERK'S OFFICE
SDNY

United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

SDNY
USMS

10007-133099